Before BLACK, BARKETT and COX, Circuit Judges.

## PER CURIAM:

Leonard E. Clark, appointed counsel for Elgin Ray Lofton in this 18 U.S.C. § 3582(c)(2) proceeding, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is GRANTED, and the denial of Lofton's § 3582(c)(2) motion is AFFIRMED.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before BLACK, BARKETT and KRAVITCH, Circuit Judges.

## PER CURIAM:

Lisa Call, appointed counsel for Damon Lee Flagler in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Flagler's conviction and sentence are AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Damon Lee FLAGLER, a.k.a. Been-o, Defendant–Appellant.**

**No. 08–16364
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 10, 2009.

Damon Lee Flagler, Salters, SC, pro se.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Benjamin Shane FOSTER, a.k.a.
Benjamin Shawn Foster,
Defendant–Appellant.**

**No. 08–15000
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 10, 2009.

Benjamin Shane Foster, Union Springs, AL, pro se.